

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-17-00676-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST.,
KERRVILLE, KERR COUNTY, TEXAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
        Marialyn Barnard, Justice
        Patricia O. Alvarez, Justice

This is an appeal of a judgment in a civil forfeiture proceeding. The first brief appellant filed on February 20, 2018 was stricken because the brief failed to comply with Rule 38.1 of the Texas Rules of Appellate Procedure, including the rules requiring appellant to provide citations to the appellate record. The second brief filed by appellant on May 7, 2018 was not ordered stricken; however, appellant was informed the court could consider her appellate complaints waived due to inadequate briefing.

On May 18, 2018, appellant filed a letter, which we interpreted as a motion requesting an extension of time to file a brief. In her letter, appellant requested 45 to 90 days of additional time to file another brief. By order dated May 24, 2018, appellant's requested extension was denied.

In her reply brief filed on July 2, 2018, appellant asserted she requested a copy of the appellate record from the trial court but never received the record. Our record reflected the trial court signed an order finding appellant indigent for purposes of the appellate record. Although the appellate record was filed in this court without requiring appellant to pay the fees for the preparation of the appellate record, appellant was never provided with a copy of the record.

On July 16, 2018, this court issued an order striking appellant's briefs filed on May 7, 2018 and July 2, 2018, and the clerk of this court was ordered to provide appellant with a copy of the appellate record. Although this court's records reflected that the appellate record was included with the copy of the order sent to appellant, appellant filed written notice in this court on July 30, 2018, stating that she did not receive the record.

By order dated August 2, 2018, the clerk of this court was ordered to resend a copy of the appellate record to the appellant. Appellant was ordered to file her brief by September 4, 2018. On August 16, 2018, appellant filed a motion acknowledging receipt of the appellate record and requesting an additional thirty-day extension to file her brief. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED. Appellant's brief must be filed no later than October 4, 2018, or this appeal will be dismissed for want of prosecution.**

Appellant is reminded that her prior briefs contained numerous violations of Rule 38.1 as referenced in this court's March 8, 2018 order and May 9, 2018 letter separate and apart from her failure to provide citations to the appellate record, including her failure to cite any case law or other authority in support of her arguments in her original brief or in response to the law cited by the State in her reply brief. *See* TEX. R. APP. P. 38.1(i) (requiring argument to be supported by appropriate citations to authority). **Appellant is also reminded that her failure to correct the briefing deficiencies in this third opportunity will allow this court to consider her appellate complaints waived due to inadequate briefing**. *See, e.g., Lott v. First Bank*, No. 04-13-00531-CV, 2014 WL 4922896, at *2 (Tex. App.—San Antonio Oct. 1, 2014, no pet.); *Castillo v. Peoples*, No. 04-13-00311-CV, 2014 WL 1089750, at *3 (Tex. App.—San Antonio Mar. 19, 2014, pet. denied).

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court